**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  WILLIAM CECIL THORNTON,                    No. C 11-06312 CW (PR)

4           Petitioner,                       ORDER DISMISSING ACTION AS
                                              DUPLICATIVE; DENYING AS MOOT
5       v.                                    APPLICATION TO PROCEED IN FORMA
                                              PAUPERIS
6  RANDY GROUNDS,
                                              (Docket no. 2)
7           Respondent.

8  _____/

9        Petitioner, a state prisoner currently incarcerated at the

10   Correctional Training Facility at Soledad (CTF), filed the instant

11   petition for a writ of habeas corpus under 28 U.S.C. § 2254,

12   challenging conditions of his parole that require him to register

13   as a sex offender.  Specifically, Petitioner, who currently is in

14   custody because of a violation of parole terms set in connection

15   with a conviction obtained in the San Diego County Superior Court,

16   maintains that he should not be required to register as a sex

17   offender because such requirement is based on an expired 1990

18   Tennessee conviction for domestic violence.

19        Petitioner previously raised the same challenge to the

20   conditions of his parole in a prior petition filed in this Court.

21   See Thornton v. Cate, Case No. C 11-05091 CW (PR).  On October 27,

22   2011, the Court dismissed that petition as duplicative, because

23   Petitioner is challenging the Tennessee conviction and the

24   California sex-offender registration requirement in a case

25   currently pending in the United States District Court for the

26   Southern District of California.  See Thornton v. Strainer, Case

27   No. C 11-00190 LAB (JMA).

28

1    In the present petition, Petitioner provides no reason why

2  this Court should entertain a petition challenging the same parole

3  registration requirement that is under review in the petition

4  pending in the Southern District.  Accordingly, this petition is

5  DISMISSED as duplicative.

6    Additionally, because Petitioner has been granted leave to

7  proceed in forma pauperis in the Southern District, his motion to

8  proceed in forma pauperis in this action is DENIED as moot.  No

9  filing fee is due.

10    The Clerk of the Court shall enter judgment and close the

11  file.

12    This Order terminates Docket no. 2.

13    IT IS SO ORDERED.

14  Dated:  1/10/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28